UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
MAR 18 2025
PER _____
DEPUTY CLERK

JOHN NIXON, Plaintiff

v.

UNITED STATES OF AMERICA, et al.

CIVIL DOCKET NO.
3:25-CV-0488

MOTION FOR PRELIMINARY INJUNCTION

Now comes the plaintiff, John Nixon, who is proceeding pro se, who respectfully requests that this Honorable Court to Grant his motion for preliminary injunction where defendants, or their agents continue to deny plaintiff access to treatment with suboxone on the MAT Program.

Nixon suffers from Opiod Use Disorder, a debilitating disease which causes one to suffer daily anxiety, chills and increases the likelyhood of opiate overdose thru self medicating.

Nixon asks this Court to order defendants to review and assess him for treatment with Suboxone on the MAT Program.

January 30, 2025                    Respectfully submitted
                                    John Nixon



LEGAL MAIL

FROM: JOHN NIXON
INMATE NO. 45657509
FCI Allenwood Medium Prison
P.O. Box 2000
White Deer, PA 17887

RECEIVED
SCRANTON
MAR 18 2025
PER _____ DEPUTY CLERK

ATTN: Clerk of Courts
TO: United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501

USMS X-RAY'D

LEGAL MAIL

FCI Allenwood
3-11-25
DATE

The Enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL



LEGAL MAIL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT PENNSYLVANIA

JOHN NIXON

v.                                                CIVIL ACTION No. _____

UNITED STATES OF AMERICA

ORDER TO SHOW CAUSE AND
TEMPORARY RESTRAINING
ORDER

Upon the supporting declaration of the plaintiff and the accompanying memorandum of law it is ORDERED that the defendants show cause in room _____ of the United States Courthouse, P.O. Box 1148, 235 North Washington Ave., Scranton, PA 18501, on the _____ day of _____, 2025, at _____ o'clock, why a preliminary injunction should not issue pursuant to Rule 65(a), Fed.R.Civ.P., enjoining the said defendants, their successors in office, agents, and employees and all other persons acting in concern and participation with them, to allow for plaintiff to be medically assessed, reviewed and treatment with suboxone on the Medically Assisted Treatment Program at F.C.I. Allenwood

IT IS FURTHER ORDERED that defendants, effective immediately, pending the hearing and determination

1.

of this matter, defendants shall arange for plaint-iff to be examined by a qualified, third party, Medically Assisted Treatment Addiction special-ist to obtain from that specialist, an unbiased, professional evaluation, diagnosis, and treatment protocol for plaintiff's disabling Opiod Use Dis-order.

IT IS FURTHER ORDERED that this order to show cause, and all other papers attached to this application, shall be served on all defendants in this action.

_____
UNITED STATES DISTRICT
JUDGE

2.

Clerk of Court
U.S. Courthouse
P.O. Box 1148
235 North Washington Ave.
Scranton, PA 18501
February 14, 2025

John Nixon
FCI Allenwood medium
P.O. Box 2000
White Deer, PA 17887

Dear Clerk of Court,

Enclosed for filing please find a true and correct version of my pro se civil complaint along with motion for TRO and preliminary injunction, my Declaration in support, my memorandum of law in support and any attached papers. Thank you for your time and attention.

If there are any required court forms I must fill out would you please send them to me. Thank you, Sincerely, JN

John Nixon